No. D–2545. IN RE DISCIPLINE OF CAMPBELL. William Craig Campbell II, of Saipan, N. Mar. I., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2546. IN RE DISCIPLINE OF NEEL. Samuel Regester Neel III, of Tallahassee, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2547. IN RE DISCIPLINE OF WILSON. Marvin Deon Wilson, Sr., of Homestead, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2548. IN RE DISCIPLINE OF MENYHART. Andrew William Menyhart, of Merritt Island, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2549. IN RE DISCIPLINE OF RAYVIS. Myron Jerome Rayvis, of Palmetto Bay, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2550. IN RE DISCIPLINE OF BAGDASARIAN. Richard Charles Bagdasarian, of Boca Raton, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2551. IN RE DISCIPLINE OF MCCARTNEY. R. Allen McCartney, of Louisville, Ky., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2552. IN RE DISCIPLINE OF SHEMIN. Paul Shephen Shemin, of Elmsford, N. Y., is suspended from the practice of law